No. D–1842. IN RE DISBARMENT OF STEWARD. Harrison B. Steward III, of Orlando, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.